J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>             Plaintiff,<br><br>v.<br><br>DEMOCRATIC PARTY OF NEVADA, a Nevada domestic non-profit corp association;<br><br>             Defendant. | Case No.: 2:10-cv-01129-KJD-PAL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Plaintiff, Righthaven LLC ("Righthaven"), by and through its attorneys of record, Democratic Party of Nevada ("Democratic Party of Nevada") collectively with Righthaven known herein as the parties ("Parties"), and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of all claims asserted against Democratic Party of Nevada, with prejudice, in the above-captioned matter.

1

Specifically, Righthaven requests voluntary dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Rule 41(a)(2) permits voluntary dismissal with prejudice "by court order, on terms that the court considers proper[1]."

On or about September 14, 2010, the Parties entered into a settlement agreement (the "Agreement"), whereby Democratic Party of Nevada shall be released from all claims of copyright infringement in the above-entitled matter, upon full compliance with the terms of the Agreement.

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Democratic Party of Nevada with prejudice.

Dated this twenty-eighth day of September, 2010.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated this \_\_\_\_ day of _____, 2010.

Submitted by:

RIGHTHAVEN LLC                                              DEMOCRATIC PARTY OF NEVADA


/s/ J. Charles Coons                                        /s/ Bradley S. Schrager, Esq.
J. Charles Coons, Esq.                                      Bradley S. Schrager, Esq.
9660 West Cheyenne Avenue, Suite 210                        3773 Howard Hughes Parkway
Las Vegas, Nevada 89129-7701                                Third Floor South
Attorneys for Plaintiff                                     Las Vegas, Nevada 89169
                                                            Attorneys for Defendant

---

[1] Fed. R. Civ. P. 41(a)(2).

2